AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

| | |
|---|---|
| United States of America )<br>v.  )<br>)<br>Jeffrey Locke Slinn (YOB: 1981)  )<br>)<br>)<br>) | Case No.    1:23-MJ-00069 LDA |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 14, 2023 - August 1, 2023___ in the county of _____ in the _____ District of ___Rhode Island___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Attempted Enticement of Minor |
| 18 USC § 1470 | Transfer of Obscene Material to a Minor |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Craig A. Graham, of the Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Craig A. Graham, FBI
*Printed name and title*

Sworn to before me and signed **Telephone**

Date: ___October 26, 2023___

_____
*Judge's signature*

City and state:        Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*