IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>JEFFREY LOCKE SLINN (YOB: 1981) | Case No. 1:23-MJ-00069 LDA |

## AFFIDAVIT

I, Craig A. Graham, having been duly sworn according to law, depose and state as follows:

1.     I am a Special Agent with Federal Bureau of Investigation (FBI), and I am assigned to the Boston Field Office, Providence, RI.  I have been an FBI agent since 2010.  As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including, but not limited to, violations of 18 U.S.C. §§ 2422, 2252A and 1470. I have received training in the investigation of internet crimes, child exploitation, transportation of minors, and child sexual abuse, and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256).  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.     This Affidavit is submitted in support of a criminal complaint and arrest warrant for JEFFREY LOCKE SLINN ("SLINN"). As will be shown below, there is probable cause to believe that between approximately July 14, 2023, and August 1, 2023, SLINN used a facility and means of interstate or foreign commerce, to wit the internet and a cellular telephone manufactured in interstate or foreign commerce, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense in violation of 18 U.S.C. § 2422(b). In addition,

1

there is probable cause to believe on or about July 22, 2023, SLINN did knowingly transfer obscene material to another individual under the age of sixteen years using the mail or any means or any facility of interstate or foreign commerce in violation of 18 U.S.C. § 1470.

3.     The statements in this Affidavit are made based upon my personal participation in this investigation, review of various documents, as well as information provided to me by other members of the FBI, as well as members of the Ocean Township Police Department, New Jersey and Warwick Police Department, Rhode Island, and other law enforcement officers, my own training and expertise as a criminal investigator, as well as the training and expertise of other criminal investigators involved with this investigation. I have set forth the facts that I believe establish probable cause to believe that SLINN violated the aforementioned criminal statute.

## STATEMENT OF PROBABLE CAUSE

5.     On August 1, 2023, the Ocean Township Police Department (hereinafter "OTPD") responded to a residence in Waretown, New Jersey, regarding an online incident involving a minor. The minor was identified as an 11-year-old female born in 2011 (hereinafter "MINOR 1").

6.     Law enforcement officers spoke with both MINOR 1 and MINOR 1's mother. Officers learned that approximately one month prior, MINOR 1 had obtained a cell phone from her aunt's residence without permission. Officers also learned that MINOR 1 used that cell phone to communicate with multiple Snapchat[1] accounts and had exchanged nude images with some of those accounts.

---

[1] Snapchat is a social media application developed by Snap Inc. One of the principal features of Snapchat is that it allows messaging among users, and the pictures and messages exchanged are usually only available for a short time before they become inaccessible to their recipients. The application uses the device's data plan or Wi-Fi to transmit and receive messages, photos, videos, and other content.

7.     OTPD obtained consent to search MINOR 1's cell phone. An extraction of the phone's contents was completed by law enforcement on August 8, 2023.  A copy of the extraction was later provided to the Warwick PD and then to FBI Providence.

8.     A review of the cellphone extraction identified communications between MINOR 1's Snapchat account and a Snapchat account with the display name "Sarah Smith" bearing username "sksmith2008" (hereinafter "sksmith2008"). "Sksmith2008" communicated with MINOR 1 from July 14, 2023, until August 1, 2023. While text communications exchanged between MINOR 1 and "sksmith2008" were captured in the cellphone extraction, many of the files exchanged were not viewable. These files appeared within the extraction as "Expired Media" and had a file size of zero.

9.     In initial communications with MINOR 1, "sksmith2008" identified themself as a 14-year-old female from Canada. MINOR 1 identified herself as a 13-year-old female from New Jersey. From the text content of their messages, the two accounts appeared to share images of themselves.  However, those files were not viewable by your Affiant.

10.    Approximately fifteen minutes after first contacting MINOR 1 on July 14, 2023, "sksmith2008" sent MINOR 1 the text message "Ugh.  My friends are freaking out.  My step brother posted a kinda dirty snap story." "Sksmith2008" later identified the stepbrother as being named "Mike" and him being 19 years old.  MINOR 1 also communicated to "sksmith2008" that she had a brother who was 14 years old.

11.    A review of MINOR 1's phone communications revealed that MINOR 1 separately exchanged text messages with a Snapchat account having the display name of "Mike Smith" bearing username "smitty333222" (hereinafter "Mike") on July 14, 2023, between approximately

3

8:20pm and 8:44pm.  From the text content of their messages, it appeared that MINOR 1 sent "smitty333222" images of herself.  However, those files were not viewable by your Affiant.

12. During this time, "sksmith2008" and MINOR 1 discussed posting images of themselves on Snapchat and exchanged files. One of the images was described by "sksmith2008" as depicting her nipples visible through a piece of clothing. None of the images discussed at that time were viewable to law enforcement. MINOR 1 then exchanged the following messages with "sksmith2008":

| | |
|---|---|
| sksmith2008; 07/14/2023-8:36pm | Ask Mike what he thinks of your pic?! |
| MINOR 1; 07/14/2023-8:36pm | Ok |
| sksmith2008; 07/14/2023-8:36pm | Ugh.  I gotta go help my mom with dishes and laundry chores. |
| MINOR 1; 07/14/2023-8:36pm | Ok |
| sksmith2008; 07/14/2023-8:36pm | Be back later |
| MINOR 1; 07/14/2023-8:36pm | Ok |
| MINOR 1; 07/14/2023-8:43pm | [Expired Media]<br>[Expired Media] |
| sksmith2008; 07/14/2023-8:45pm | Ooooo. Haha |
| MINOR 1; 07/14/2023-8:45pm | Yuh |
| sksmith2008; 07/14/2023-8:47pm | See told ya you look hot!! |
| MINOR 1; 07/14/2023-8:47pm | Thank u |
| sksmith2008; 07/14/2023-8:47pm | What else he saying? |
| MINOR 1; 07/14/2023-8:47pm | Idk<br>I un added him |
| sksmith2008; 07/14/2023-8:48pm | Ask if it's better then my pic!  Hahaga<br>Ohhh ok!! |
| MINOR 1; 07/14/2023-8:48pm | He's weird |
| sksmith2008; 07/14/2023-8:48pm | What did he do? |
| MINOR 1; 07/14/2023-8:49pm | Ask him |
| sksmith2008; 07/14/2023-8:49pm | Ok |
| MINOR 1; 07/14/2023-8:49pm | Kk |
| sksmith2008; 07/14/2023-8:51pm | He said you just disappeared. Haha |
| MINOR 1; 07/14/2023-8:51pm | Haha |
| sksmith2008; 07/14/2023-8:52pm | Imagine if we both sent him a see thru one. Hahaha<br>Haha I should add your bro and send him something !! Haha |
| MINOR 1; 07/14/2023-8:53pm | He don't have his phone<br>He is grounded |
| sksmith2008; 07/14/2023-8:53pm | Too bad!!! |
| MINOR 1; 07/14/2023-8:54pm | Lmfao |

| | |
|---|---|
| sksmith2008; 07/14/2023-8:54pm | What's his snap name. |
| MINOR 1; 07/14/2023-8:54pm | At that bitch |
| sksmith2008; 07/14/2023-8:56pm | Hahaha<br>Is he pretty cool though?<br>I won't send him anything bad unless you say it's ok.  Def not any one my naked vids masterbating!!  Hahahha.<br>You ever take vids like that too?!<br>It's really fun to do!<br>I have no guy to show them to though!<br>Haha |

13. On July 16, 2023, "sksmith2008" communicated with MINOR 1 about "sksmith2008" sending an image or video to an 18-year-old male who was one of "Mike's" friends. The following messages were exchanged:

| | |
|---|---|
| MINOR 1; 07/16/2023-9:24am | Good morning |
| sksmith2008; 07/16/2023-10:23am | Heyyyy |
| MINOR 1; 07/16/2023-10:23am | Hi |
| sksmith2008; 07/16/2023-10:28am | [Expired Media]<br>Does this look good???<br>Be honest pls!!! |
| MINOR 1; 07/16/2023-10:28am | Yea<br>It does<br>Why |
| sksmith2008; 07/16/2023-10:28am | Ok cool.  Thanks.<br>I was trying to look sexy for this guy I kinda like |
| MINOR 1; 07/16/2023-10:29am | Kk |
| sksmith2008; 07/16/2023-10:56am | Is that vid good or should I like show my pussy more maybe?? |
| MINOR 1; 07/16/2023-10:56am | Just to be. Clear you r giving some you like a vid of my naked |
| sksmith2008; 07/16/2023-10:57am | Huh??  My naked?? |
| MINOR 1; 07/16/2023-10:57am | U naked<br>Sorry |
| sksmith2008; 07/16/2023-10:57am | Oh yeaa<br>Yea |
| MINOR 1; 07/16/2023-10:57am | Omg I would die |
| sksmith2008; 07/16/2023-10:57am | [Expired Media] |
| MINOR 1; 07/16/2023-10:57am | I think that's perfect |
| sksmith2008; 07/16/2023-10:57am | Is this good too?? |
| MINOR 1; 07/16/2023-10:58am | Yea<br>Go ahead<br>Send it |

5

| | |
|---|---|
| sksmith2008; 07/16/2023-10:58am | He's one of Mike's friends |
| MINOR 1; 07/16/2023-10:58am | How old |
| sksmith2008; 07/16/2023-10:59am | 18 |
| MINOR 1; 07/16/2023-11:01am | Omg<br>Ewwww |
| sksmith2008; 07/16/2023-11:01am | What?! |
| MINOR 1; 07/16/2023-11:01am | Ewww<br>18<br>Gross<br>But I do u boo<br>U<br>U do u |
| sksmith2008; 07/16/2023-11:01am | Noo.  Is that bad?? |
| MINOR 1; 07/16/2023-11:01am | I wouldn't<br>But that's just me |
| sksmith2008; 07/16/2023-11:03am | So don't send him this then?!?! |
| MINOR 1; 07/16/2023-11:03am | No u do it |
| sksmith2008; 07/16/2023-11:04am | [Expired Media]<br>Maybe not this?! |
| MINOR 1; 07/16/2023-11:04am | No<br>Maybe not that<br>But the others r good |
| sksmith2008; 07/16/2023-11:05am | Oh ok.  I love masturbating tho!! |
| MINOR 1; 07/16/2023-11:06am | I know u do<br>U told me |

14. A short time later MINOR 1 told "sksmith2008" that MINOR 1 was communicating separately with a boyfriend.[2] "Sksmith2008" replied "Omg.  Send him a dirty pic when he's high. See what he says!!" "Sksmith2008" then encouraged MINOR 1 to send images of herself to "sksmith2008". The following messages were exchanged:

| | |
|---|---|
| sksmith2008; 07/16/2023-11:17am | What are you wearing? |
| MINOR 1; 07/16/2023-11:17am | A bra and old underwear<br>And a bathrobe |
| sksmith2008; 07/16/2023-11:18am | What's it like?  Show me<br>I never had a robe before |
| MINOR 1; 07/16/2023-11:18am | [Expired Media]<br>[Expired Media]<br>[Expired Media]<br>Then robe |

---

[2] During the communications, MINOR 1 refers to several unnamed males as "boyfriends."

| | |
|---|---|
| sksmith2008; 07/16/2023-11:19am | Ooo nice booty |
| MINOR 1; 07/16/2023-11:19am | Thank uuu |
| sksmith2008; 07/16/2023-11:19am | I would take the bra off.  And put the robe on.  But like leave it untied.  Take a pic like that.<br>Might look really good!!! |
| MINOR 1; 07/16/2023-11:20am | Kk<br>[Expired Media]<br>Like that |
| sksmith2008; 07/16/2023-11:22am | Yesss. That looks Soo good |
| MINOR 1; 07/16/2023-11:22am | Ok<br>Wait |
| sksmith2008; 07/16/2023-11:23am | I would try it with the undies off too |
| MINOR 1; 07/16/2023-11:23am | I have a diffierent robe |
| sksmith2008; 07/16/2023-11:23am | Ok! |
| MINOR 1; 07/16/2023-11:24am | [Expired Media] |
| sksmith2008; 07/16/2023-11:24am | Yea that one is better!! |
| MINOR 1; 07/16/2023-11:24am | Ok |
| sksmith2008; 07/16/2023-11:24am | Take off your undies too and try it! |

15.     Later on July 16, 2023, "sksmith2008" asked MINOR 1 if she masturbated. They exchanged the following messages:

| | |
|---|---|
| sksmith2008; 07/16/2023-4:40pm | That's so good!! |
| MINOR 1; 07/16/2023-4:41pm | Ikr |
| sksmith2008; 07/16/2023-4:41pm | You should get naked! Just the see thru shirt on. That's hot! |
| MINOR 1; 07/16/2023-4:42pm | Ok |
| sksmith2008; 07/16/2023-4:43pm | How's it look? |
| MINOR 1; 07/16/2023-4:44pm | I'm a little wet<br>[Expired Media] |
| sksmith2008; 07/16/2023-4:44pm | Yea. Me too<br>You look great ! |
| MINOR 1; 07/16/2023-4:44pm | Actually I'm a lot wet |
| sksmith2008; 07/16/2023-4:44pm | You should try rubbing your pussy like I do |
| MINOR 1; 07/16/2023-4:44pm | Ok |
| sksmith2008; 07/16/2023-4:45pm | [Expired Media]<br>Try it like this |
| MINOR 1; 07/16/2023-4:45pm | Ok |
| sksmith2008; 07/16/2023-4:45pm | Feel good? |
| MINOR 1; 07/16/2023-4:46pm | Yeah |
| sksmith2008; 07/16/2023-4:46pm | Rub the clit at top in lil circles |
| MINOR 1; 07/16/2023-4:46pm | Ok<br>Omfg |

| | |
|---|---|
| sksmith2008; 07/16/2023-4:46pm | Then slide your finger down and up a couple times<br>Then back to circles! |
| MINOR 1; 07/16/2023-4:46pm | Ok |
| sksmith2008; 07/16/2023-4:46pm | Feel good? |
| MINOR 1; 07/16/2023-4:47pm | My fucking god hell ya |
| sksmith2008; 07/16/2023-4:47pm | How fast are you doing it? |
| sksmith2008; 07/16/2023-4:49pm | Show me how fast<br>When you slide up and down. Slide the tip of your finger inside too. I like that<br>[Expired Media] |
| sksmith2008; 07/16/2023-4:52pm | [Expired Media]<br>Show me how your doing it!! |
| MINOR 1; 07/16/2023-4:53pm | I can't<br>I'm on call |
| sksmith2008; 07/16/2023-4:56pm | Ohhh. Does it feel good?? |
| MINOR 1; 07/16/2023-4:57pm | Yeah |
| sksmith2008; 07/16/2023-4:58pm | Yay!! |
| MINOR 1; 07/16/2023-4:58pm | I am now officially someone's slut |
| sksmith2008; 07/16/2023-4:58pm | Did my videos help you at all??<br>Hahaha slut? Nooo |
| MINOR 1; 07/16/2023-4:58pm | [Expired Media] |
| MINOR 1; 07/16/2023-4:59pm | This group chat was originally called Layla is a slut |
| sksmith2008; 07/16/2023-5:04pm | Ohhh. Fuck those guys!<br>Block them all!<br>Did you like rubbing your pussy? |
| MINOR 1; 07/16/2023-5:06pm | Yea |
| sksmith2008; 07/16/2023-5:06pm | Feels soooo good right!! |
| MINOR 1; 07/16/2023-5:06pm | Yea<br>Um bf is calling me mommy |
| sksmith2008; 07/16/2023-5:08pm | Wish I could of seen you doing it. I could give you some pointers!!<br>Ha. That's ok |
| MINOR 1; 07/16/2023-5:09pm | Yea |
| sksmith2008; 07/16/2023-5:10pm | Did you cum? |
| MINOR 1; 07/16/2023-5:10pm | Yea<br>Why |
| sksmith2008; 07/16/2023-5:14pm | That's good!!<br>It sucks when u can't cum sinetimes |
| sksmith2008; 07/16/2023-5:17pm | Think we made Mike cum? |
| MINOR 1; 07/16/2023-5:18pm | Idk ask him |
| sksmith2008; 07/16/2023-5:18pm | Omg should I?? |
| MINOR 1; 07/16/2023-5:18pm | Yea |
| sksmith2008; 07/16/2023-5:18pm | K |
| sksmith2008; 07/16/2023-5:21pm | [Expired Media] |

|                                |                            |
| ------------------------------ | -------------------------- |
|                                | Mission success!! hahaha   |
| MINOR 1; 07/16/2023-5:21pm     | Cute                       |

16. "Sksmith2008" also discussed a developing sexual relationship between "sksmith2008" and "Mike." This included descriptions of "sksmith2008" performing oral sex on "Mike." "Sksmith2008" also sent a file, which was no longer viewable, to MINOR 1. Based on the text communications of both "sksmith2008" and MINOR 1, it appeared that filed purported to be a video of "sksmith2008" performing oral sex on "Mike."

17. Following the discussion of oral sex, "sksmith2008" asked if they could masturbate to files previously received from MINOR 1. They exchanged the following messages:

| sksmith2008; 07/16/2023-11:54pm | It's ok if I look at your pics to cum?? |
| ------------------------------- | --------------------------------------- |
| MINOR 1; 07/16/2023-11:54pm     | Yes                                     |
| sksmith2008; 07/16/2023-11:54pm | Ok ty!!                                 |
| MINOR 1; 07/16/2023-11:54pm     | Yw                                      |
| sksmith2008; 07/16/2023-11:55pm | [commenting on an Expired Media file]<br>This one is really hot!<br>[commenting on an Expired Media file]<br>And this one !! |
| MINOR 1; 07/16/2023-11:56pm     | Kk                                      |
| sksmith2008; 07/16/2023-11:58pm | Mhmm<br>Omg that felt soooo good<br>Omg I cummed so much.<br>I might go to bed.  What are you doing? |
| MINOR 1; 07/17/2023-12:06am     | Nothing<br>Might watch a movie          |
| sksmith2008; 07/17/2023-12:07am | That's cool.  Wish I was there to watch with you. |
| MINOR 1; 07/17/2023-12:07am     | Ik                                      |
| sksmith2008; 07/17/2023-12:07am | But I would fall asleep                 |
| MINOR 1; 07/17/2023-12:07am     | Lol                                     |
| sksmith2008; 07/17/2023-12:07am | Then you would have me naked sleeping in your bed |

18. On July 18, 2023, "sksmith2008" again discussed a sexual relationship between "sksmith2008" and "Mike." "Sksmith2008" and MINOR 1 exchanged the following messages:

| sksmith2008; 07/18/2023-2:30am | Soooo things happened today. |
| ------------------------------ | ---------------------------- |
| MINOR 1; 07/18/2023-2:31am     | What happened                |

9

| | |
|---|---|
| sksmith2008; 07/18/2023-2:31am | Don't freak out. But Mike and I |
| MINOR 1; 07/18/2023-2:31am | What<br>U and mike what |
| sksmith2008; 07/18/2023-2:31am | [Expired Media] |
| MINOR 1; 07/18/2023-2:32am | O my fucking god<br>U fucked ur step bro<br>Holy shit |
| sksmith2008; 07/18/2023-2:32am | It felt sooooo good!!!<br>I cummed 3 times |
| MINOR 1; 07/18/2023-2:32am | Bro u r one of those girls |
| sksmith2008; 07/18/2023-2:32am | Omg! So much cum<br>I know |

19. On July 21, 2023, "sksmith2008" sent four files to MINOR 1. The files all depicted the same female, approximately 16 to 19 years old, engaged in sexual intercourse with an adult male. Video file 6f3a05ec417c168a6d2ec72955726da1 depicted the female performing oral sex on the adult male, and image file b4a2255d238def197aab0589164a1a36 appeared to be a still image taken from the video depicting the oral sex. Video file 076227fa8237eecd16c10ea3f9eb0773 depicted the female and the adult male engaged in sexual intercourse, and image file 6989441be38d44f5d64a4fe1314435c3 appeared to be a still image from the video depicting the intercourse. "Sksmith2008" and MINOR 1 exchanged the following messages regarding the files:

| | |
|---|---|
| sksmith2008; 07/21/2023-2:07pm | [video file 6f3a05ec417c168a6d2ec72955726da1]<br>[image file b4a2255d238def197aab0589164a1a36] |
| MINOR 1; 07/21/2023-2:08pm | Holy<br>Is that u |
| sksmith2008; 07/21/2023-2:09pm | Yeaaa! |
| MINOR 1; 07/21/2023-2:09pm | And who else |
| sksmith2008; 07/21/2023-2:09pm | Mike! |
| MINOR 1; 07/21/2023-2:09pm | Omfg<br>U fucked again |
| sksmith2008; 07/21/2023-2:09pm | [video file 076227fa8237eecd16c10ea3f9eb0773]<br>[image file 6989441be38d44f5d64a4fe1314435c3] |
| MINOR 1; 07/21/2023-2:12pm | Omg |
| sksmith2008; 07/21/2023-2:12pm | We both cummed! |

10

20. On July 22, 2023, MINOR 1 sent "sksmith2008" image file 7650fa77437f6f9c2ad33e35ba4b4b496f, which depicted MINOR 1's face and chest with her naked breasts exposed. "Sksmith2008" then requested additional images from MINOR 1. "Sksmith2008" sent image file 54eb7a92966591d8d5402f561bea6fec, which depicted a female, approximately 16 to 19 years old, exposing her anus and part of her vagina. The following messages were exchanged regarding the files:

| | |
|---|---|
| sksmith2008; 07/22/2023-10:29pm | What are you doing? |
| MINOR 1; 07/22/2023-10:30pm | [image file 7650fa77437f6f9c2ad33e35ba4b4b496f] Tf My tan likes Lines |
| sksmith2008; 07/22/2023-10:31pm | [commenting on image file 7650fa77437f6f9c2ad33e35ba4b4b496f] Tans look sooo hot |
| MINOR 1; 07/22/2023-10:31pm | Ik |
| sksmith2008; 07/22/2023-10:32pm | I love your tan lines How's the bottom lines? |
| MINOR 1; 07/22/2023-10:32pm | None |
| sksmith2008; 07/22/2023-10:32pm | How none? [image file 54eb7a92966591d8d5402f561bea6fec] |
| MINOR 1; 07/22/2023-10:33pm | Not there |
| sksmith2008; 07/22/2023-10:33pm | Take one like this!!! |
| MINOR 1; 07/22/2023-10:33pm | [commenting on image file 54eb7a92966591d8d5402f561bea6fec] Oh OK I c u |
| sksmith2008; 07/22/2023-10:33pm | Your making me wet. |
| MINOR 1; 07/22/2023-10:33pm | Aww so cute |
| sksmith2008; 07/22/2023-10:33pm | I'm on the couch with my mom watching tv! |
| MINOR 1; 07/22/2023-10:34pm | Lol |
| sksmith2008; 07/22/2023-10:35pm | I love getting wet. Feels sooo good! Are you sleeping naked?! |
| MINOR 1; 07/22/2023-10:41pm | Yea |
| sksmith2008; 07/22/2023-10:42pm | Wish I was there Omg. I found my mom's dildo today!!! |

21.     On July 24, 2023, between 12:17am and 12:32am, "sksmith2008" sent five image files and one video file to MINOR 1. The files all depicted the same female, approximately 16-19 years old, masturbating with a sex toy.

22.     Also on July 24, 2023, "sksmith2008" sent a video file and an image file that depicted the same female, approximately 16 to 19 years old, kneeling on a bed exposing her anus and vagina. "Sksmith2008" again asked MINOR 1 to send a similar image. "Sksmith2008" and MINOR 1 exchanged the following messages regarding the files:

| sksmith2008; 07/24/2023-1:22am | [video file 817f43c07106959cf044dffbc35ed67a] [image file 7b2308a776159268ddd62e195c85d99f] |
|---|---|
| MINOR 1; 07/24/2023-1:22am | Cool |
| sksmith2008; 07/24/2023-1:23am | You should take one like this too!! We can send them both to Mike!  Haha |
| MINOR 1; 07/24/2023-1:24am | Lol No |
| sksmith2008; 07/24/2023-1:24am | Oh.  It's ok.  Sorry if you don't wanna show me |

23.     On July 24, 2023, MINOR 1 sent image file 48b46a802d684a03ec0e8c5291225f47 to "sksmith2008".  The file depicted MINOR 1's face and chest with her arms covering her nude breasts.  "Sksmith2008" then requested additional images of MINOR 1, each time requesting that more of MINOR 1's breasts be shown. The following messages regarding the images were exchanged:

| MINOR 1; 07/24/2023-1:58am | [image file 48b46a802d684a03ec0e8c5291225f47] Is that hot |
|---|---|
| sksmith2008; 07/24/2023-1:58am | [commenting on image file 48b46a802d684a03ec0e8c5291225f47] |
| MINOR 1; 07/24/2023-1:58am | Yea Ok Thanku |
| sksmith2008; 07/24/2023-1:58am | It would look better if your nipples were showing Try that |
| MINOR 1; 07/24/2023-1:59am | [image file 6d096fc121726465287eb5e9874ec58b] For my boy |
| sksmith2008; 07/24/2023-1:59am | The other one too!! |

12

|  | Both nipples showing. Try that maybe?? Might look even better |
|---|---|
| MINOR 1; 07/24/2023-2:01am | [image file 62c6d189096f23f53f628f5ecb8ca69d] [image file 633f1e93620d9ac9a3d100c76bf6ccb2] That |
| sksmith2008; 07/24/2023-2:02am | [commenting on image file 633f1e93620d9ac9a3d100c76bf6ccb2] Yes!! Can I save that one?? You look so hot!! |
| MINOR 1; 07/24/2023-2:02am | Ok Yea |

24. In reviewing the phone communications between MINOR 1 and "sksmith2008" OTPD verified that the images sent by MINOR 1 to "sksmith2008" were images of MINOR 1.

25. OTPD requested subscriber information and IP address logs for the Snapchat account "sksmith2008" from July 14, 2023, to August 1, 2023. Snap Inc. provided the following information:

> Username: sksmith2008
> Verified email address: smitty119933@gmail.com
> Creation IP Address: 96.238.52.61
> Display name: Sarah Smith
> Creation date: March 12, 2023

26. A review of the IP logs associated with Snapchat account "sksmith2008" indicated that during the period from July 14, 2023, and August 1, 2023, the account was only logged into and logged out of using IP address 96.238.52.61.

27. On August 25, 2023, in response to a legal request, Verizon provided the following subscriber information for IP address 96.238.52.61 during the period of time relevant to this investigation:

> Customer Name: Jeffrey Slinn
> Account Address: 35 Capron Farm Dr., Warwick, RI 02886
> Email Address: jeffslinn@gmail.com

13

28. On October 4, 2023, FBI Providence requested subscriber information and IP address logs for Snapchat account "smitty333222." Snap Inc. provided the following information:

> Username: smitty333222
> Verified email address:
> Creation IP Address: 96.238.52.61
> Display name: Mike
> Creation date: July 29, 2022

Snapchat also provided account change history that showed the account previously had a display name of "Mike Smith" before being changed to "Mike." The account history further indicated that the email address "smitty119933@gmail.com" was previously associated with the account. This email address matches the verified email address for "sksmith2008."

29. A review of the IP logs associated with Snapchat accounts "sksmith2008" and "smitty333222" indicated that during the period from July 14, 2023, through August 1, 2023, the accounts were only logged into and logged out of from IP address 96.238.52.61. The IP logs also showed that when one account was logged out of, the other account was logged into. For example, the following IP logs were obtained for July 14, 2023:

| sksmith2008 | Fri Jul 14 22:36:25 UTC 2023 | LOGOUT |
|---|---|---|
| smitty333222 | Fri Jul 14 22:36:28 UTC 2023 | APP_ONE_TAP_LOGIN |
| smitty333222 | Fri Jul 14 22:37:35 UTC 2023 | LOGOUT |
| sksmith2008 | Fri Jul 14 22:37:38 UTC 2023 | APP_ONE_TAP_LOGIN |
| sksmith2008 | Fri Jul 14 22:38:17 UTC 2023 | LOGOUT |
| smitty333222 | Fri Jul 14 22:38:20 UTC 2023 | APP_ONE_TAP_LOGIN |
| smitty333222 | Fri Jul 14 22:39:45 UTC 2023 | LOGOUT |
| sksmith2008 | Fri Jul 14 22:39:48 UTC 2023 | APP_ONE_TAP_LOGIN |

30. On October 23, 2023, your Affiant obtained a federal search warrant for SLINN's residence located at 35 Capron Farm Drive, Warwick, Rhode Island 02886, as well as the persons of SLINN and a second resident, and three vehicles registered to SLINN.

31. On October 26, 2023, your Affiant participated in the execution of the federal search warrant at SLINN's residence. Upon arrival, law enforcement made contact with SLINN and a second resident. SLINN was advised of, and voluntarily waived, his *Miranda* rights and agreed to speak with your Affiant.

32. SLINN admitted that he operated both the "sksmith2008" account and the "smitty333222" account ("Mike"). He further advised that he had used the accounts to talk to multiple underage girls. SLINN admitted that he saved the images received from the underage girls for a period of time, then begin to feel guilty about his behavior. SLINN explained that he would then delete the account and images. SLINN would next begin the cycle of contacting young girls and obtaining images again. SLINN was offered the opportunity to take a polygraph, and he agreed.

33. During a pre-polygraph interview with the polygrapher and a subsequent interview with your Affiant, SLINN admitted that he used both the "sksmith2008" account and the "Mike" account to speak with underage girls. SLINN recalled that he used the accounts to talk to approximately thirty other girls over the previous four years who were under the age of 18.

34. SLINN recalled his interactions with MINOR 1. SLINN stated that he believed MINOR 1 was about 14 years old when he interacted with her this summer. MINOR 1 sent him about thirty photographs of herself. SLINN estimated at in about twenty of those photographs, MINOR 1 was nude. SLINN stated that in some of the photographs, MINOR 1's nude genital area was exposed.

35. SLINN told your Affiant that he sent a picture and a video to MINOR 1 of himself masturbating. SLINN believed that MINOR 1 may have sent back an image of herself masturbating.

36. SLINN explained that he used one of two cellular telephones to engage in these conversations: a Black Samsung Galaxy S23 or a black Samsung Galaxy S20. Your Affiant knows based upon my training and experience that Samsung does not manufacture cellular telephones in Rhode Island. The vast majority of Samsung's cellular telephones are manufactured in Vietnam. Accordingly, SLINN's cellular telephones traveled in interstate or foreign commerce at some point. Furthermore, Snapchat is an application that utilizes the internet, which is a means and facility of interstate commerce.

37. Under federal law, Attempted Production of Child Pornography is a crime pursuant to 18 U.S.C. § 2251(a). A person is guilty of Attempted Production of Child Pornography if he or she attempted to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of either producing any visual depiction of such sexually explicit conduct or transmitting a live visual depiction of such conduct, and the person knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

38. Under federal law, Receipt of Child Pornography is a crime pursuant to 18 U.S.C. § 2252A(a)(2). A person is guilty of Receipt of Child Pornography if he or she knowingly receives any image of a minor engaged in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

20. Based upon the foregoing, I believe there is probable cause to find that between July 14, 2023, and August 1, 2023, JEFFREY LOCKE SLINN did knowingly use any facility or means of interstate or foreign commerce, to wit the internet and his cellular telephone, which was manufactured in Vietnam, to attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged

with a criminal offense, in violation of 18 U.S.C. § 2422(b); and on or about July 22, 2023 did knowingly transfer obscene material to another individual under the age of sixteen years using the mail or any means or any facility of interstate or foreign commerce, in violation of 18 U.S.C. § 1470.

_____
Craig A. Graham
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone**. (*specify reliable electronic means*)

October 26, 2023
*Date*

_____
*Judge's signature*

Providence RI
*City and State*

Lincoln D. Almond. US Magistrate Judge
*Printed name and title*

17